UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REBECCA SMITH,

                              Plaintiff,                        **ORDER**

                -against-                       **23-CV-9944 (LAK) (JW)**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        On June 26, 2024, this action was referred for settlement after a joint request from the parties. Dkt. No. 33 and 34. The Court is in receipt of an email from Port Authority of New York and New Jersey, dated October 7, 2024, requesting the Court cancel the conference currently scheduled for October 10, 2024. The request is GRANTED. The conference is adjourned *sine die*. However, should the Parties wish to conduct a settlement conference in the future, they are welcome to contact my chambers.

        SO ORDERED.

DATED:    New York, New York
               October 7, 2024

                                                               JENNIFER E. WILLIS
                                                              United States Magistrate Judge