**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REBECCA SMITH,

                              Plaintiff,                              **ORDER**

              -against-
                                                          **23-CV-9944 (LAK) (JW)**

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY *et al.*,

                              Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

          The Court is in receipt of Plaintiff's Motion for Leave to File a Second Amended

Complaint.  Dkt. No. 64.  Defendants' opposition, if any is due **February 27, 2026**.

Plaintiff's reply, if any, is due **March 13, 2026**.

          SO ORDERED.

DATED:      New York, New York
            January 28, 2026

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge